UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER SHEREE SANDERS an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>YOGA UNION INC., a corporation, YOGA UNION, Inc. dba Yoga Unify and/or Yoga Unified, Inc. a corporation, Yoga Unified Inc., a corporation, Yoga Unify, Inc. a corporation, NEIL HACKMAN a/k/a RAVI SINGH, an Individual; JUDY WEAVER, an Individual; DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-000007-LRHCLB<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF HEATHER SHEREE TITUS TO FILE RESPONSE TO DEFENDANTS':<br>(1) MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTIONAND IMPROPER FORUM [ECF 13]; AND<br>(2) MOTION TO CHANGE VENUE OR TRANSFER. IN THE ALTERNATIVE IF DISMISSAL IS NOT GRANTED [ECF 14]<br><br>(First Request) |

Plaintiff Heather Sheree Sanders ("Plaintiff"), and Defendants Yoga Union Inc., Yoga Union, Inc. dba Yoga Unify and/or Yoga Unified, Inc., Neil Hackman aka Ravi Singh, and Judy Weaver (together "Defendants"), by and through their respective attorneys of record, stipulate as follows:

1. On February 27, 2023, Defendants filed their: (1) Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Forum [ECF No. 13]; and (2) Motion to Change Venue or Transfer in the Alternative if Dismissal is Not Granted [ECF 14] (together "Motions").

Page **1** of **2**

2. Plaintiff's response to Defendant's Motions is currently due to be filed by March 13, 2023.

3. The parties hereby stipulate and agree Plaintiff shall have until March 31, 2023, to file her response to Defendants' Motions.

4. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: March 10, 2023.

| HKM EMPLOYMENT ATTORNEYS, LLP | PADULA BENNARDO LEVINE, LLP |
|---|---|
| /s/ Michael *Arata* <br> **JENNY L. FOLEY, Ph.D., ESQ.** <br> Nevada Bar No. 9017 <br> E-mail: jfoley@hkm.com <br> **MICHAEL ARATA, ESQ.** <br> Nevada Bar No. 11902 <br> E-mail: marata@hkm.com <br> 101 Convention Center Drive, Suite 600 <br> Las Vegas, Nevada 89109 <br> Tel: (702) 805-8340 <br> Fax: (702) 805-8340 <br> *Attorneys for Plaintiff* | /s/ *Alex B.C. Ershock* <br> **DANIEL R. LEVINE, ESQ.** <br> Florida Bar No. 0057861 <br> *(Admitted Pro Hac Vice)* <br> E-Mail: DRL@PBL-Law.com <br> **ALEX B.C. ERSHOCK, ESQ.** <br> Florida Bar No. 100220 <br> *(Admitted Pro Hac Vice)* <br> E-Mail: ABE@PBL-Law.com <br> 3837 NW Boca Raton Blvd., Suite 200 <br> Boca Raton, FL 33431 <br> Telephone: (561) 544-8900 <br><br> Adam Yowell <br> Nevada Bar No. 11748 <br> FisherBroyles, LLP <br> 5470 Kietzke Lane, Ste. 300 <br> Reno, NV 89511 <br> (775) 230-7364 <br> adam.yowell@fisherbroyles.com <br><br> *Attorneys for Defendants* |

<u>ORDER</u>

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE

**DATED:** March 10, 2023